Robert C. Niesley, Esq. (Bar No. 131373)
rniesley@wthf.com
Donna R. Tobar, Esq. (Bar No. 223149)
dtobar@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California  92614
Telephone:  949-852-6700
Facsimile:   949-261-0771

Attorneys for Plaintiff and Counter-Defendant
SAFECO INSURANCE COMPANY OF AMERICA
and Counter-Defendant S&W INVESTMENTS, INC.
dba SAGE CONTRACTOR SERVICES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER; McBRATNEY COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CLAIMS. | Case No.:  CV 10-9162 RGK (JCGx)<br><br>[Assigned to the Honorable R. Gary Klausner, Room 850]<br><br>**[PROPOSED] ORDER IN SUPPORT OF STIPULATION TO DISMISS ACTION WITH PREJUDICE AND RETAIN COURT JURISDICTION TO ENFORCE SETTLEMENT**<br><br>[Stipulation filed concurrently herewith]<br><br>**Complaint Filed: 11/29/10**<br>**Trial Date: 2/28/12** |

(The word "PROPOSED" in the title is struck through.)

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Having considered the Stipulation to Dismiss this entire action with prejudice and for this Court to retain jurisdiction to enforce the terms of the settlement agreement between the parties ("Stipulation"), which Stipulation was submitted by

Plaintiff and Counter-Defendant Safeco Insurance Company of America ("Safeco"), Counter-Defendant S&W Investments, Inc. dba Sage Contractor Services ("SCS"), and Defendant and Counterclaimant City of Los Angeles, acting by and through the Department of Water and Power ("LADWP"),

**IT IS HEREBY ORDERED THAT:**

1. The court finds that good cause exists for granting the dismissal of the entire action with prejudice and for this Court to retain jurisdiction to enforce the terms of the settlement agreement between the LADWP, SCS and Safeco as requested in the Stipulation, and therefore, the Stipulation is GRANTED;
2. This entire action is hereby dismissed with prejudice;
3. This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the LADWP, SCS and Safeco.

**IT IS SO ORDERED.**

Date: April 13, 2012

_____
R. Gary Klausner
United States District Judge

IRVINE 174055.1 100191.085